**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CRAIG SCHMIDT,

    Plaintiff,

v.                                      Case No: 8:12-cv-938-T-30EAJ

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

**ORDER OF DISMISSAL**

Before the Court is the Unopposed Motion to Dismiss Complaint (Dkt. #14). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion to Dismiss Complaint (Dkt. #14) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of October, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-938 dismiss 14.docx